UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-81431-ROSENBERG/REINHART

RITA CASTILLA,
Plaintiff,

v.

PACESETTER PERSONNEL
SERVICE OF FLORIDA, INC., et. al.,

Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, Pacesetter Personnel Service of Florida, Inc., Pacesetter Personnel Service, Inc., d/b/a Pacesetter Personnel Services, F.W. Services, Inc., Pacesetter Personnel Service, PPS Pacesetter Personnel Service, Pacesetter Personnel Services, LLC and Cesar Noriega ("Defendants" herein) pursuant to Court's October 24, 2018, Order, respond to Plaintiff's Statement of Claim as follows:

  1. Defendants acknowledge that Ms. Castilla is asserting a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  Defendants also acknowledge that Ms. Castilla made reference to the Florida Wage statute in her complaint.

  2. Defendants do not agree that Plaintiff properly pled the FLSA or Florida wage claims.  Plaintiff's pleadings lack the specificity required by the United States Supreme Court in *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal,* 556 U.S. 622 (2009). In her Statement of Case, Plaintiff also did not offer any

specificity as to the weeks in which she was allegedly not paid. *(See para.3 & 4, Docket # 6).*

3. Further, Defendants deny Plaintiff's claims substantively.  Plaintiff was properly paid for all hours worked and for all overtime hours worked. Defendants contend that Plaintiff's legal theories are incorrect.

4. Plaintiff admitted that she was unable "to determine and state the exact amount of damages." *(See para.5, Docket # 6).* Plaintiff *admits* in her Statement of the Case that she does not have records to support her allegations that she was not properly paid. *(See para.5, Docket # 6).*  Plaintiff states that the *only* records that refer to the hours Plaintiff worked and wages Plaintiff was paid are in Defendants' possession.  <u>Defendants' records reflect that Plaintiff was properly paid.</u>

5. Plaintiff incorrectly claims that she worked for Defendants for three years.  In fact, Plaintiff did not begin employment until 2016, less than three years before she filed suit.

6. In her Statement of Case, Plaintiff incorrectly states that she worked more than forty hours in each work week since she began employment.  In fact, Plaintiff was placed in a "light-duty" assignment beginning in June 2018 through part of November 2018.  During those weeks, Plaintiff did not work more than forty hours and was assigned to a single location.

7. Plaintiff's alleged factual statements in her Statement of Case are inaccurate and do not reflect the actual state of affairs of the working relationship and Ms. Castilla's actual work.

8. Defendants agree that Plaintiff was employed on various occasions as a temporary worker. Defendants do not agree that the individual defendant, Mr. Noriega, is a proper defendant.

9. Defendants do not agree that Plaintiff is similarly situated to others and that all alleged corporate Defendants would be joint employers.

Dated this 28th day of November, 2018.

Respectfully submitted,

 /s/ **Judith B. Sadler**
Texas State Bar #17511850
Federal Bar No. 9981
Rachel Sedita
Texas Bar No.: 24080428
Federal Bar No. 2228630
5300 Memorial Drive, Suite 900
Houston, Texas 77007
(713) 802-1777     Telephone
(713) 802-1779     Fax
jsadler@holmesdiggs.com

**OF COUNSEL:**
**HOLMES, DIGGS & SADLER**

**Attorneys In Charge For Pacesetter Personnel Service Of Florida, Inc., Pacesetter Personnel Service, Inc., d/b/a Pacesetter Personnel Services, F.W. Services, Pacesetter Personnel Services, PPS Personnel Service, Pacesetter Personnel Service, LLC and Cesar Noriega**

| | |
|---|---|
| **LOCAL COUNSEL:**<br>**MORAN KIDD LYONS JOHNSON, PA** | **/s/ Christopher R. Parkinson**<br>Christopher R. Parkinson<br>Florida Bar No. 112114<br>cparkinson@morankidd.com<br>James Kidd<br>111 N. Orange Avenue, Suite 900<br>Orlando, Florida 32802-0472<br>(407) 841-4141     Telephone<br>(407) 841-4148     Fax<br>**Local Counsel For Pacesetter Personnel Service Of Florida, Inc., Pacesetter Personnel Service, Inc., d/b/a Pacesetter Personnel Services, F.W. Services, Pacesetter Personnel Services, PPS Personnel Service, Pacesetter Personnel Service, LLC and Cesar Noriega** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2018, Florida counsel electronically filed the foregoing Defendants' Response to Plaintiff's Statement of Claim with the Clerk of the United States District Court using the CM/ECF system. Notice of the filing was also sent via electronic service to the following:

**Steven L. Schwarzenberg**
Schwarzenberg & Associates
2751 South Dixie Highway, Suite 400
West Palm Beach, FL  33405
steve@schwarzberglaw.com

**Barry S. Balmuth**
The Oaks Center
2505 Burns Road
Palm Beach Gardens, FL 33410
barryb@flboardcertifiedlawyer.com

                                              **/s/ Judith B. Sadler**